UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLENE R. FIKES,

Plaintiff,

vs.

TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC., RETAILERS NATIONAL BANK, a wholly-owned subsidiary of Target Corporation, MARSHALL FIELDS STORES, INC., CREDIT UNION ONE, CITIFINANCIAL CREDIT COMPANY, d/b/a CITIFINANCIAL, HSBC, N.A., f/k/a Household International, d/b/a HFC, AMERICAN GENERAL FINANCE CORPORATION, UNITED COLLECTION BUREAU, INC. and CINGULAR WIRELESS, LLC,

Defendants.
_______________________________________/

Case No. 05-71583

Hon. Denise Page Hood
Magistrate Judge Capel

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEYS' FEES AS TO DEFENDANT AMERICAN GENERAL FINANCIAL SERVICES**

FRANCIS R. ORTIZ (P31911)
Dickinson Wright PLLC
Attorneys for Defendant HSBC, N.A. and Defendant American General
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500

BRIAN P. PARKER (P48617)
Attorney for Plaintiff
30700 Telegraph Road, Suite 1580
Bingham Farms, Michigan 48025
(248) 642-6268

SCOTT M. ERSKINE (P54734)
The Erskine Law Group, P.C.
Attorney for United Collections Bureau, Inc.
323½ S. Main Street
Rochester, MI 48307
(248) 601-4499

LAWRENCE J. MURPHY (P47129)
Honigman, Miller, Schwartz & Cohn
Attorney for Retailers National Bank
2290 First National Building
Detroit, Michigan 48226
(313) 465-7488

K.J. MILLER (P62014)
T. LEWIS SUMMERVILLE (P53753)
Dykema Gossett PLLC
Attorneys for Defendant CitiFinancial

KAROL A. BERNDT (P36822)
Meyer & Njus, P.A.
Attorneys for May National Bank and May Department Stores (Marshall Field Stores)

400 Renaissance Center
Detroit, MI 48243
(313) 568-6567

17340 W. 12 Mile Road, Suite 200
Southfield, Michigan 48076
(248) 557-3737

TAMARA E. FRASER (P51997)
SIDNEY L. FRANK (P13637)
Frank, Haron, Weiner & Navarro
Attorneys for Defendant Experian
5435 Corporate Drive, Suite 225
Troy, Michigan 48098-2624
(248) 952-0400

K. SCOTT HAMILTON (P44095)
Dickinson Wright PLLC
Attorneys for Cingular Wireless LLC
500 Woodward Ave., Suite 4000
Detroit, Michigan 48226
(313) 223-3500

BRAD A. SOBOLEWSKI
Jones Day
Attorneys for Defendant Experian
901 Lakeside Avenue
Cleveland, Ohio 44114-1190

LISA T. MILTON
Bowen, Anderson
Attorneys for Credit Union One
4967 Crooks Road, Suite 150
Troy, Michigan 48098
(248) 641-8000

NATHANIEL H. SIMPSON
Maddin, Hauser
Attorneys for Trans Union LLC
28400 Northwestern Highway, 3rd Floor
Southfield, Michigan 48034
(248) 354-4030

**STIPULATED ORDER OF DISMISSAL**
**WITH PREJUDICE AND WITHOUT COSTS**
**OR ATTORNEYS' FEES AS TO DEFENDANT**
**AMERICAN GENERAL FINANCIAL SERVICES, INC.**

At a session of said Court, held in the Theodore Levin U.S. Courthouse, City of Detroit, State of Michigan, on: February 15, 2006

PRESENT: HON. DENISE PAGE HOOD
U.S. District Court Judge

Plaintiff and Defendant American General Financial Services, Inc. having reached a settlement of this matter, and the Court being otherwise fully advised in the premises:

IT IS ORDERED that the above-captioned action is hereby dismissed with prejudice and without costs or attorneys fees as to Defendant American General Financial Services, Inc.

Entry of this Order does not resolve the last pending claim in this action.

s/ DENISE PAGE HOOD
U. S. DISTRICT JUDGE

The parties hereby stipulate to
entry of the foregiong Order:

/S/ Francis R. Ortiz (P31911)
FRANCIS R. ORTIZ (P31911)
Dickinson Wright PLLC
Attorneys for Defendants HSBC, N.A. and
Defendant American General
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500
email: fortiz@dickinson-wright.com

/S/ Brian P. Parker (P48617)
BRIAN P. PARKER (P48617)
Attorney for Plaintiff
30700 Telegraph Road, Suite 1580
Bingham Farms, Michigan 48025
(248) 642-6268
email: LemonLaw@Ameritech.net